**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00780-CV

**NYLONDAJAZZ SHARNESE, Appellant**

**V.**

**ULTIMA REAL ESTATE, INC., A TEXAS COMPANY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-00174-2014**

## ORDER

We **GRANT** the November 13, 2015 motion of Court Reporter Denise Condran for an extension of time to file the reporter's record. The reporter's record shall be filed by **DECEMBER 14, 2015**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE